```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16131
   ARNOLD M DINO
   HAZELLE C DINO                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1411     SSN XXX-XX-8037


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/05/2007 and was confirmed 10/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 07/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AURORA LOAN SERVICES       CURRENT MORTG       .00            .00            .00
AURORA LOAN SERVICES       MORTGAGE ARRE   1347.23            .00        1347.23
AURORA LOAN SERVICES INC   NOTICE ONLY    NOT FILED           .00            .00
DUPAGE COUNTY PUBLIC WOR   SECURED VEHIC       .00            .00            .00
FINGERHUT CORP             UNSEC W/INTER  NOT FILED           .00            .00
DUPAGE COUNTY PUBLIC WOR   UNSEC W/INTER  NOT FILED           .00            .00
GREATER ELGIN EMERGE       UNSEC W/INTER  NOT FILED           .00            .00
GREATER ELGIN EMERGE       NOTICE ONLY    NOT FILED           .00            .00
HSBC NV                    UNSEC W/INTER  NOT FILED           .00            .00
MED1 02  GREATER ELGI      NOTICE ONLY    NOT FILED           .00            .00
MED1 02  GREATER ELGI      UNSEC W/INTER  NOT FILED           .00            .00
MED1 02  GREATER ELGI      UNSEC W/INTER  NOT FILED           .00            .00
MED1 02  NORTHWEST SU      NOTICE ONLY    NOT FILED           .00            .00
MEIJER                     UNSEC W/INTER  NOT FILED           .00            .00
MEIJER                     NOTICE ONLY    NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER   811.89           59.67         202.17
JEFFERSON CAPITAL SYSTEM   FILED LATE          .00            .00            .00
SPRINT                     NOTICE ONLY    NOT FILED           .00            .00
T MOBILE                   UNSEC W/INTER  NOT FILED           .00            .00
T MOBILE                   NOTICE ONLY    NOT FILED           .00            .00
WOW INTERNET & CABLE       UNSEC W/INTER  NOT FILED           .00            .00
WOW INTERNET & CABLE SER   NOTICE ONLY    NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER   965.73           70.94         240.49
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER  2216.01          162.85         551.81
DELL FINANCIAL SERVICES    SECURED NOT I   200.00            .00            .00
DELL FINANCIAL SERVICES    UNSEC W/INTER  1355.51           89.47         337.54
MIDLAND CREDIT MANAGEMEN   UNSECURED      NOT FILED           .00            .00
AURORA LOAN SERVICES INC   NOTICE ONLY    NOT FILED           .00            .00
HELLER & RICHMOND~         DEBTOR ATTY    3,104.00                      3,104.00
TOM VAUGHN                 TRUSTEE                                         489.69
DEBTOR REFUND              REFUND                                          337.21


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16131 ARNOLD M DINO & HAZELLE C DINO
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     6,993.07

PRIORITY                                                  .00
SECURED                                              1,347.23
UNSECURED                                            1,332.01
    INTEREST                                           382.93
ADMINISTRATIVE                                       3,104.00
TRUSTEE COMPENSATION                                   489.69
DEBTOR REFUND                                          337.21
                          ---------------      ---------------
TOTALS                      6,993.07                 6,993.07
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/28/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE








                          PAGE   2
       CASE NO. 07 B 16131 ARNOLD M DINO & HAZELLE C DINO